# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHAMICHAEL KENNEDY

NO.  2020 KW 0087

APR 2 8 2020

---

In Re:   ShaMichael Kennedy, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, Nos.
         DC-20-00179, J-1900185900

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED AS MOOT.**  The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that on March 12, 2020,
relator pled guilty to possession with the intent to distribute
schedule I drug.  Therefore, his request for a bond reduction is
moot.

                        **VGW**
                        **JMG**
                        **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] Judge William J. Burris, retired, serving pro tempore by special appointment
of the Louisiana Supreme Court.